IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN J. DENNISON, on behalf of himself and
all others similarly situated,

                    Plaintiff,           JUDGMENT IN A CIVIL CASE

     v.                                            Case No. 10-cv-338-bbc

MONY LIFE RETIREMENT INCOME SECURITY
PLAN FOR EMPLOYEES, EXCESS BENEFIT PLAN
FOR MONY EMPLOYEES, MONY LIFE INSURANCE
COMPANY and the ADMINISTRATORS of the plans,

                    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Excess Benefit Plan for MONY Employees and the Administrator of the plan granting their motion to dismiss plaintiff's claim that his benefits under the Excess Benefit Plan were calculated incorrectly in violation of the Employment Retirement Income Security Act (ERISA), 29 U.S.C. §§ 1001-1461, or New York Law.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants MONY Life Insurance Company, MONY Life Retirement Income Security Plan for Employees and the Administrator of the plan granting their motion for summary judgment as to plaintiff's claims and those of the plaintiff class and dismissing this case.

_/s/ Peter Oppeneer_                                     _5/15/2012_
Peter Oppeneer, Clerk of Court                       Date